UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23034-CIV-ALTONAGA

**EGOR RUBANOV**,

 Petitioner,
v.

**PRESIDENT DONALD J. TRUMP**,
*et al.*,

 Respondents.
_____/

**ORDER TO SHOW CAUSE**

 **THIS CAUSE** came before the Court *sua sponte*. On July 7, 2025, Petitioner, Egor Rubanov filed a Petition for Writ of Habeas Corpus [ECF No. 1], challenging his immigration detention in the Krome Detention Center in Miami, Florida. (*See generally id.*). On July 15, 2025, Petitioner filed an Emergency Amended Petition for Writ of Habeas Corpus ("Amended Petition") [ECF No. 5]. Being fully advised, it is

 **ORDERED** as follows:

 1. Counsel for Respondents shall immediately, in writing, notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

 2. On or before **July 18, 2025**, Respondents shall file a memorandum of fact and law ("response") to show cause why the Amended Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Amended Petition. *See* 28 U.S.C. § 2243 (requiring that a response to an order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

CASE NO. 21-22718-CIV-ALTONAGA

3. Counsel for Respondents is instructed to caption the response a "response" and not a "motion to dismiss."

**DONE AND ORDERED** in Miami, Florida, this 15th day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record