UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23034-CIV-ALTONAGA

**EGOR RUBANOV**,

    Petitioner,
v.

**PRESIDENT DONALD J. TRUMP**,
*et al.*,

    Respondents.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On July 15, 2025, Petitioner, Egor Rubanov filed an Emergency Amended Petition for Writ of Habeas Corpus [ECF No. 5]. On July 18, 2025, Respondents filed a Response [ECF No. 8].

Accordingly, and while the rules do not require that a party file a reply memorandum, it is

**ORDERED** that Petitioner, Egor Rubanov shall file a reply to Respondents' Response **[ECF No. 8]** no later than **July 25, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of July, 2025.

                                                          **CECILIA M. ALTONAGA**
                                                          **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record